IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jackie Logan, | ) |
|                Plaintiff, | ) Civil Action No. 6:22-cv-00304-HMH |
| vs. | ) |
| | ) **OPINION AND ORDER** |
| UTZ Quality Foods, Inc.; Travelers Claim Center; | ) |
|                Defendants. | ) |

      Plaintiff, a non-prisoner proceeding pro se and in forma pauperis, filed this action seeking damages from Defendants for an injury he allegedly suffered after eating a contaminated bag of potato chips. (Complaint, ECF No. 1.) By Order dated February 8, 2022, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (Proper Form Order, ECF No. 7.) Plaintiff was warned that failure to provide the necessary information and paperwork within the timetable set in the Order may subject the case to dismissal. (Id. at 1, ECF No. 7.) Plaintiff responded to the order, but did not provided properly completed service documents, so a second Order was issued on March 1, 2022. (Second Proper Form Order, ECF No. 12.) Plaintiff was warned a second time that failure to provide the necessary information and paperwork within the timetable set in the Order may subject the case to dismissal. (Id. at 1, ECF No. 12.) Plaintiff did not respond to the Second Proper Form Order, and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court.

      Accordingly, the case is **dismissed, without prejudice**, pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

      **IT IS SO ORDERED**.

                                                                    S/ Henry M. Herlong, Jr.
                                                                    Senior United States District Judge

March 22, 2022
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.